IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSEPH NGHOKWA MBIBEH, § § *Petitioner*, § § VS. § § TODD M. LYONS, Acting Director, U.S. § Immigration and Customs Enforcement (ICE); § MARCOS CHARLES, in His Official Capacity § as Acting Executive Associate Director, § Enforcement and Removal Operations, U.S. § Immigration and Customs Enforcement; § ALEJANDRO N. MAYORKAS, Secretary, U.S. § Department of Homeland Security; KRISTI § NOEM, in Her Official Capacity as Secretary of § the U.S. Department of Homeland Security; § PAM BONDI, in Her Official Capacity as § Attorney General of the United States; and the § WARDEN of KARNES COUNTY § IMMIGRATION PROCESSING CENTER, in § Their Official Capacity as Custodian of § Petitioner, THE WARDEN OF THE FACILITY § WHERE PETITIONER IS CURRENTLY IS § CURRENTLY DETAINED in His or Her § Official Capacity as Custodian of Petitioner, § § *Respondents*. § | CIVIL CASE NO. SA-26-CV-737-FB |

**ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT**

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 2) filed by Petitioner, Joseph Nghokwa Mbibeh, who is currently detained in the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas.

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Amended Petition for Writ of Habeas Corpus (ECF

No. 2) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process, unless otherwise contested, on the Federal Respondents. *See* FED. R. CIV. P. 4(i). Service should be directed to:

Stephanie Rico, the Civil Process Clerk
United States Attorney's Office, Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Karnes County Immigration Processing Center, with copies of the Amended Petition for Writ of Habeas Corpus (ECF No. 2) and this Order. Delivery by certified mail, return receipt requested, of those same documents shall constitute sufficient service of process unless otherwise contested. Service should be directed to:

Warden
Karnes County Immigration Processing Center
409 FM 1144
Karnes City, TX 78118.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service.

IT IS FURTHER ORDERED that, if Petitioner elects to file a reply, Petitioner may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FURTHER ORDERED that **any possible or anticipated removal or transfer of Petitioner Joseph Nghokwa Mbibeh is IMMEDIATELY STAYED[1] until further order from this Court. Respondents shall not transfer Petitioner Joseph Nghokwa Mbibeh outside of this judicial**

---

[1] *See Maldonado v. Lyons,* Case No. 5:26-CV-0112-JKP, 2026 WL 196521196521, at *2 (W.D. Tex. Jan. 20, 2026) (stay of removal and transfer by Court is proper exercise of Court's inherent power to preserve ability to hear case and "address the matters raised in the instant habeas petition").

**district during the pendency of this litigation and until further Order of this Court.** Of course, this stay does not preclude Respondents from taking necessary steps to effect Petitioner's removal, it merely stays the physical removal or transfer of Petitioner.

It is so ORDERED.

SIGNED this 12th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE